IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2010 DEC 15 P 5:11
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____DEPT. CLERK

| | |
|---|---|
| MARY DOE (A Twelve Year Old Female) ) <br> By Next Friend and Natural Parent, ) <br> KENT BLACKWELDER, and ) <br> KENT BLACKWELDER, Individually, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SPECPUB, INC. d/b/a ) <br> SPECIALITY PUBLICATIONS, ) <br> ) <br> Defendant. ) | No.: 3:07-CV-486 <br> (VARLAN/GUYTON) |

## DECEMBER 15, 2010

We, the jury, find unanimously and from all the evidence in this case, as follows:

1. Was the defendant Specpub, Inc. d/b/a Speciality Publications negligent?

    YES_____          NO __✓__

    [If you answered "NO," please go to Question 7. If you answered "YES," go on to Question 2.]

2. If so, did the negligence of defendant Specpub cause or contribute to any injury to plaintiffs?

   YES_____     NO_____

   [If you answered "NO," please go to Question 7. If you answered "YES," go on to Question 3.]

3. Do you find any of the following at fault (circle "YES" or "NO" for each)?

   | | |
   |---|---|
   | MARY DOE: | YES / NO |
   | KENT BLACKWELDER: | YES / NO |
   | ARGI: | YES / NO |
   | HORAH GRAPHICS: | YES / NO |
   | TRANSCONTINENTAL PRINTING: | YES / NO |
   | NATIONAL ENVELOPE CO.: | YES / NO |
   | COMMDIRECT: | YES / NO |

   [If you answered "NO" to Question 3 for all, skip Question 4 and go to Question 5. If you answered "YES" to Question 3 at least one time, please go on to Question 4.]

4. What is the percentage of fault attributable to each party?

    SPECPUB: _____ %

    MARY DOE: _____ %

    KENT BLACKWELDER: _____ %

    ARGI: _____ %

    HORAH GRAPHICS: _____ %

    TRANSCONTINENTAL PRINTING: _____ %

    NATIONAL ENVELOPE CO.: _____ %

    COMMDIRECT: _____ %

    TOTAL: 100%

[If you filled in the blanks in Question 4, go on to Question 5.]

5. Without regard to the percentages of negligence you determined above, if any, what is the total amount of compensatory damages to the plaintiff Mary Doe?

    $_____
    *(Fill in the Amount)*

6. Without regard to the percentages of negligence you determined above, if any, what is the total amount of compensatory damages to the plaintiff Kent Blackwelder?

    $_____
    *(Fill in the Amount)*

7. Do you find that the defendant intentionally inflicted emotional distress that caused damage to the plaintiffs?

    YES_____          NO__✓__

[If your answer is "YES," go to Question 8. If your answer is "NO" and your response to Question 1 is "NO," do not answer the remaining questions, but go to the end of the form and have the Jury Foreperson sign it. If your response is "NO" and your response to Questions 5 or 6 is for an amount of greater than $0.00, go to Question 10.]

8. With respect to plaintiff Mary Doe, what amount of damages, if any, were caused by defendant's intentional infliction of emotional distress?

    $_____
    (Fill in the Amount)

9. With respect to plaintiff Kent Blackwelder, what amount of damages, if any, were caused by defendant's intentional infliction of emotional distress?

    $_____
    (Fill in the Amount)

10. Do you find that plaintiffs are entitled to punitive damages?

    YES_____          NO_____


Thank you, you are finished. Please have your Jury Foreperson sign and date this Verdict Form, and return it to the Court.

_____
Jury Foreperson

Dec 15, 2010
Date

4